UNITED STATES. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-23590

NINA QUINN-DAVIS,
*Individually and on behalf of all*
*Those similarly situated,*

    Plaintiff,

vs.

TRUEACCORD CORP.,

    Defendant.
_____/

**MEDIATOR'S FINAL REPORT**

    Barbara Locke, the undersigned Certified Mediator, reports to this Honorable Court as follows:

    Mediation was held on **May 8, 2024 @ 2:00 P.M.** All parties required to be present were in attendance.

_____     AN AGREEMENT WAS REACHED.

             _____ The Agreement is attached with consent of the parties.

___X___     NO AGREEMENT WAS REACHED.

_____     The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, than this matter shall be deemed at an impasse.

_____     Other: _____

                                                   *_/s/ Barbara Locke_*
                                                   Barbara Locke, #24745 R