**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:23-cv-23590-DSL**

**NINA QUINN-DAVIS,**
*individually and on behalf of*
*all those similarly situated*,

    **Plaintiff,**

v.

**TRUEACCORD CORP.,**

    **Defendant.**

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION**

THIS CAUSE is before the Court on Plaintiff's Motion for Extension of Time to File Motion for Class Certification [DE 36]. The Court has considered the Motion and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 36] is **GRANTED**.

1. Plaintiff Nina Quinn-Davis is granted an extension of time through and including **June 28, 2024**, to file her motion for class certification.

2. Defendant TrueAccord Corp. is granted an extension of time through and including **July 26, 2024**, to file its response to Plaintiff's Motion for Class Certification.

3. The Hearing on Class Certification shall be continued to **August 7, 2024**.

    **DONE AND ORDERED** in Chambers at _____, Florida, this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE