IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:23-cv-23590-LEIBOWITZ**

**NINA QUINN DAVIS,**

    *Plaintiff,*

v.

**TRUEACCORD CORPORATION,**

    *Defendant.*
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following the Court's Order Granting Defendant's Motion for Summary Judgment [ECF No. 44], which Order is incorporated by reference as though fully set forth here. [*See* ECF No. 61]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Final Judgment is entered for Defendant TrueAccord Corporation and against Plaintiff Nina Quinn Davis. The Clerk is directed to CLOSE THIS CASE.

**DONE AND ORDERED** in the Southern District of Florida on December 3, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record